# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DINORYS BRACHO, AS PARENT | : | |
| AND NEXT FRIEND OF DANILO | : | CIVIL NO. |
| BRACHO, AND INDIVIDUALLY | : | |
| | : | |
| v. | : | JANUARY 3, 2018 |
| KENT SCHOOL | : | |

## COMPLAINT

**I.**    **Jurisdiction and Venue**

1.     This Court has jurisdiction over plaintiff's claims pursuant to 28 U.S.C. § 1332(a).   The plaintiff resides in and is a citizen of Portugal, and the defendant is a non-stock corporation formed pursuant to the laws of the State of Connecticut with its principal place of business in the State of Connecticut.   The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

2.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(a) in that the defendant resides in this District and a substantial part of the events, acts and omissions giving rise to the plaintiff's claims occurred in this District.

**II.**    **Parties**

3.     Plaintiff Dinorys Bracho is the mother of Danilo Bracho.

4.     Defendant Kent School is a non-stock corporation formed pursuant to the laws of the State of Connecticut with its principal place of business in the State of Connecticut.   At all times mentioned herein, Kent acted by and through its agents,

employees and representatives, including English teacher and Road Biking activity supervisor John Hinman.

### III.   FIRST CLAIM FOR RELIEF

5.      Defendant Kent School maintains and operates a private boarding school for grades nine through 12 in Kent, Connecticut.

6.      Since its founding in 1906, Kent has held itself out as one of the nation's leading secondary schools.

7.      At all times mentioned herein, Kent accepted students for residential living on school grounds, and assumed responsibility, in the absence of the students' parents, for the protection, safety, welfare and wellbeing of those students.

8.      At all times mentioned herein, Kent held itself out as offering to its students safe, adult-supervised, activities, including, in the spring of 2016, an activity called Road Biking.

9.      Kent School required its students, including Danilo, to participate in these activities each term.

10.     Kent described the Road Biking activity as daily bicycle rides generally between 12 and 25 miles on secondary roads whenever possible, including some dirt roads that are easily navigable by road bike.

11.     The Road Biking activity was open to no more than seven students of all biking levels and experience including novice beginner riders, the only requirements being that the student supply his or her own helmet and bicycle.

12.     In the spring of 2016, at least two of the students participating in the Road Biking activity were experienced competitive cyclists who, at times, had represented Kent School in bike races and who set a fast and aggressive pace on the group rides.

13.     The Kent School staff member and adult supervisor in charge of the Road Biking activity was an English teacher named John Hinman, who on information and belief had no professional training in coaching cycling, maintaining bicycling equipment, or leading group rides.

14.     Danilo Bracho was born on July 2, 2000.

15.     In the fall of 2015, a few weeks after his 15th birthday, Danilo moved from his native Portugal to Kent, Connecticut, and enrolled in Kent School's freshman class.

16.     At the time of his admission and enrollment, Kent School promised Danilo and his mother that it would do everything possible to protect him from harm, to maintain his health and welfare, and to keep him safe while attending the school, residing on school grounds, and participating in school-sponsored activities.

17.     In the spring of his freshman year, Danilo informed John Hinman that he would like to enroll in the Road Biking activity, but that he was a novice rider and did not have his own bicycle.

18.     With full knowledge of Danilo's lack of skill and experience, and notwithstanding that Danilo did not even own a bicycle, Hinman accepted Danilo into the activity, writing "I have a bike that should fit you."

19.     Around the time Hinman accepted Danilo into the road biking activity, he and Kent knew that there were risks and dangers associated with participating in the

activity; and they promised that they would provide the necessary training and supervision, and would communicate rules and safety precautions, to Danilo and the other students.

20.     Hinman then loaned to Danilo a pre-owned De Bernardi Italian bicycle for his use during the activity.

21.     The De Bernardi bicycle, in addition to being an old frame with old parts, was poorly maintained, the wrong size for Danilo's height and weight, and an unsafe design for a rider with Danilo's lack of skill and experience.

22.     The age of the bicycle and its lack of proper design, size, repair and maintenance were known and/or should have been known to Hinman when he loaned it to Danilo.

23.     The bike's deficiencies and Danilo's lack of road biking experience were made apparent to Hinman when, during Danilo's first ride both tires on the bike flatted, and during his second ride one or both of the tires flatted again.

24.     Hinman also had actual knowledge of Danilo's lack of skill and experience, and his inability to control the bike, to keep his speed under control and to otherwise safely operate the De Bernardi, from observing Danilo during the first few rides of the Road Biking activity.

25.     Hinman failed to provide to Danilo the necessary training before and during the road biking activity.

26.     Hinman failed to communicate to Danilo, and failed to enforce, rules and safety precautions required to keep Danilo safe from harm while cycling on the road.

27.     Hinman failed to provide the necessary supervision required to keep Danilo safe from harm while cycling on the road.

28.     During the Road Biking activity on April 21, 2016, Hinman's and Kent's multiple and repeated failures to take reasonable steps to keep Danilo safe from harm had their inevitable effect.

29.     Having been abandoned to make his way alone on a dangerous road, Danilo lost control of the bicycle after a tight curve mid-way down a long steep hill, crashed head-on into a tree, and suffered catastrophic injuries as a result.

30.     Bulls Bridge Road, the road chosen for the Road Biking activity that day, including that portion containing the tight curve and hill where Danilo crashed, had no center painted median, no signs or other warnings of the curve, no guardrail, and no shoulder; it was narrow, uneven, the pavement was cracked, it was strewn with gravel and sand, and poorly-maintained.

31.     Hinman knew and should have known that it was an entirely unsafe road upon which to abandon a novice bike rider, especially one riding an unfamiliar and substandard bicycle.

32.     Hinman was on actual notice that the Bulls Bridge Road route was so difficult that one of the student participants vomited while riding the route the previous week.

33.     At the time of the crash, other students in the Road Biking activity and Ryan Foote, another Kent adult faculty member assigned to supervise the ride that day, had dropped Danilo from the group, leaving him behind.

34.     Hinman, who on information and belief had also dropped Danilo from the group, leaving him behind, was so far away that he did not arrive at the scene of the crash for more than six minutes after Danilo hit the tree.

35.     Hinman's and Foote's failure to keep the group intact, and their decision to abandon Danilo to ride by himself, violated safety rules applicable to a non-competitive group riding activity.

36.     Sometime later, Kent Volunteer EMS arrived and transferred Danilo to a Life Star helicopter, and Danilo was flown to Connecticut Children's Medical Center in Hartford for emergency triage, evaluation and treatment.

37.     As a result of the crash, Danilo suffered the following severe and painful injuries, among others, some or all of which are permanent or have inflicted permanent sequalae:

        a.     intracranial hemorrhage with loss of consciousness;

        b.     open fracture (exposed bone) to dominant right wrist;

        c.     fracture and dislocation of right elbow;

        d.     fracture of right humerus;

        e.     fracture of right femur;

        f.     grade 4 liver laceration;

        g.     grade 5 kidney laceration;

h.      traumatic perinephric hematoma of right kidney;

i.      trauma to bladder;

j.      acute renal failure with possible Chronic Kidney Disease;

k.      systemic inflammatory response syndrome with acute organ failure;

l.      pulmonary contusion;

m.      complex regional pain syndrome;

n.      pain amplification syndrome;

o.      left leg pain, scrotal pain, intense intervals of sharp stabbing pain in both hips, bilateral leg pain, burning, pins/needles, and sensitivity to clothes and bedding;

p.      concussion and cerebral contusion;

q.      punctate hemorrhage to frontal lobe;

r.      traumatic brain injury;

s.      Major Neurocognitive Disorder;

t.      significant, persistent, post-TBI symptoms, including severe cognitive difficulties, headache, affect change, reduced executive function, cognitive/linguistic impairment, very slow processing speed, and slow speech;

u.      depression and anxiety;

v.      Major Depressive Disorder;

w.      sleep disorder;

x.      nightmares;

7

y.     excessive fatigue and lack of energy, motivation and enthusiasm;

z.     severe muscle deconditioning;

aa.    permanent disability and limited range of motion/extension of right elbow, and permanent disability, loss of strength and lack of feeling/numbness in right hand and fingers, resulting in impaired ability to accomplish ADLs, including dressing, cutting food, and writing;

bb.    possible carpal tunnel syndrome;

cc.    possible global nerve problem; and

dd.    chronic, permanent medical, physical, emotional, psychological, and social sequalae.

38.    Danilo was hospitalized at the Connecticut Children's Medical Center for from April 21 to July 14, 2016.

39.    Twenty days of his hospitalization was spent in the CCMC Pediatric Intensive Care Unit.

40.    For two months, Danilo was intubated and on mechanical ventilation in a medically-induced coma.

41.    Danilo was on hemodialysis for four months.

42.    Danilo endured 19 surgical procedures, and future surgeries are likely required.

43.    After a Connecticut State Trooper arrived on the scene, Hinman stated under oath that: Danilo "is a new rider this season, and his skill level is novice"; Danilo

"[s]ometimes … goes faster than he should, he has scared me in the past"; and "I was surprised to see [Danilo] crashed in this curve, it is not dangerous for an experienced rider."

44.     The State Trooper later determined that Danilo "was travelling too fast for conditions and his experience level, lost control of his bicycle and subsequently crashed…."

45.     Dinorys Bracho has incurred hundreds of thousands of dollars in medical expenses for treatment of Danilo's injuries, and she and/or Danilo will incur substantial medical expenses for the remainder of his lifetime.

46.     As a result of his injuries, Danilo was not able to complete his freshman year at Kent, and he has suffered derailment, delay and impairment of his social and educational progress since that time.

47.     As a result of his injuries, Danilo's ability to engage in his normal life's activities has been permanently impaired and he will be unable to lead and enjoy a normal life.

48.     As a result of his injuries, Danilo will be unable to engage in a normal work-life, and his future earning capacity has been permanently and substantially impaired.

49.     As a result of his injuries, Danilo has sustained physical pain and suffering.

50.     As a result of his injuries, Danilo has sustained severe emotional distress and mental pain and anguish over the crash and his condition and the effect it has had

on his life, and will continue to sustain such emotional distress, mental pain and anguish over the course of his lifetime.

51.     Danilo's injuries and damages were caused by the negligence of defendant Kent School, its administrators, employees and agents, for whose negligence defendant is liable, in all of the ways alleged and in one or more of the following respects:

a.     it failed to warn Danilo about the risks of the Road Biking activity generally, and about the risks of the Road Biking activity on the day of the crash;

b.     its employees and agents charged with supervising the Road Biking activity failed to provide necessary and adequate supervision;

c.     its employees and agents charged with training Danilo to safely participate in the Road Biking activity failed to provide necessary and adequate training;

d.     its employees and agents provided to Danilo, and allowed him to ride, an unsafe bicycle, especially given his extremely limited skill and experience; and

e.     its employees and agents failed to prohibit Danilo from continuing to participate in the Road Biking activity once it became known to them that his operation of the bike was unsafe.

52. Kent School owed Danilo a duty of care, it breached that duty in multiple ways, and its breaches caused Danilo to suffer injuries.

**IV.    SECOND CLAIM FOR RELIEF**

1. The plaintiff repeats and realleges the allegations of paragraphs 1 – 52 of Count One as paragraphs 1 through 52 of this Count Two with the same force and effect as if fully set forth herein.

53. Danilo has incurred hundreds of thousands of dollars in medical expenses for treatment of his injuries, and will incur substantial medical expenses for the remainder of his lifetime.  These expenses have, to date, been borne in substantial part, by plaintiff Dinorys Bracho, who will continue to bear a substantial portion of her son's medical expenses in the future.

54. Plaintiff Dinorys Bracho incurred expenses for her travel between Portugal and the United States, and necessary housing, when Danilo was first hospitalized and at various times thereafter in connection with his ongoing hospitalizations and medical treatments.

**V.**     <u>**PRAYER FOR RELIEF**</u>

Wherefore, plaintiff prays for the following relief:

1.  Compensatory damages;

2.  Such other relief as the Court deems just and proper.


PLAINTIFF


BY <u>s/Antonio Ponvert III</u>
ANTONIO PONVERT III ct17516
KOSKOFF, KOSKOFF & BIEDER, P.C.
350 FAIRFIELD AVENUE
BRIDGEPORT, CT 06604
Tel: 203-336-4421
(203)368-3244 (facsimile)
aponvert@koskoff.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **DINORYS BRACHO, AS PARENT** | : | |
| **AND NEXT FRIEND OF DANILO** | : | **CIVIL NO.** |
| **BRACHO, AND INDIVIDUALLY** | : | |
| | : | |
| **v.** | : | |
| | : | **JANUARY 3, 2018** |
| **KENT SCHOOL** | : | |

## <u>CLAIM FOR JURY TRIAL</u>

Plaintiff claims this matter for trial by jury.

PLAINTIFF


BY s/Antonio Ponvert III
    ANTONIO PONVERT III ct17516
    KOSKOFF, KOSKOFF & BIEDER, P.C.
    350 FAIRFIELD AVENUE
    BRIDGEPORT, CT 06604
    (203)336-4421
    (203)368-3244 (facsimile)
    aponvert@koskoff.com

13